■ CHUGG-CARLIN, INC. v. HECKLER ELECTRIC CO., INC., et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before February 2, 1960, with notice of argument for the March 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and Stevens, JJ.

■ In the Matter of ALLAN ELGIN et al., against CHARLES H. SILVER, as President, et al.— Motion for resettlement granted. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and Stevens, JJ.

■ In the Matter of the Estate of VELIMIR BAJKIC. SOFIA KANGARA et al.; KATERINA BAJKIC et al.— Motion to dismiss appeal granted, with $10 costs, unless appellants procure the record on appeal and appellants' points to be served and filed on or before January 5, 1960, with notice of argument for the February 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and Stevens, JJ.

■ In the Matter of JACOB TIM, Deceased. VERA POSES et al.; FISHEL RUDAWSKI et al.— Motion for leave to reargue prior motion denied, with $10 costs. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and Stevens, JJ.

■ In the Matter of 417 RESTAURANT, INC., against THOMAS E. ROHAN et al., Constituting the Liquor Authority of the State of New York.— Motion granted and enforcement of the order made by the respondents, dated October 22, 1959, canceling petitioner's restaurant liquor license is stayed for a period of 30 days from the date of entry of the order herein. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and Stevens, JJ.

## (December 2, 1959)

■ In the Matter of PHILIP R. SHERIDAN et al., against STEPHEN P. KENNEDY et al.— Motion to dismiss appeal granted, with $10 costs, unless the respondent-appellant procures the record on appeal and appellant's points to be served and filed on or before December 8, 1959, with notice of argument for the January 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and Stevens, JJ.

■ JOAN W. KESSELER v. HOWARD J. KESSELER.— Motion granted insofar as to extend the time for plaintiff-appellant to serve and file the record on appeal and appellant's points to and including January 5, 1960, with notice of argument for February 2, 1960, said appeals to be argued or submitted when reached. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and Stevens, JJ.

■ EMILIE H. CACHELIN v. ALFRED M. CACHELIN.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before December 24, 1959, with notice of argument for January 5, 1960. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. ALFONSE INDELICATO, Alias SONNY RED.— Enlargement of time granted. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and Stevens, JJ.